UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALFONSO CUEVAS GONZALEZ,

Plaintiff,

v.

STEPHEE SMITH, et al.,

Defendants.

Case No. 25-cv-03153-RFL (PR)

**ORDER OF DISMISSAL**

Plaintiff Alfonso Cuevas Gonzalez has not complied with the Court's order to file an amended complaint. (Dkt. No. 14.) Accordingly, this federal civil rights action is DISMISSED (without prejudice) for failing to comply with the Court's order and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, Gonzalez may move to reopen. Any such motion must (1) have the words MOTION TO REOPEN written on the first page, and (2) be accompanied by an amended complaint.

The Clerk shall enter judgment in favor of Defendants, and close the file.

**IT IS SO ORDERED.**

**Dated:** April 1, 2026

RITA F. LIN
United States District Judge